# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CARRIE MCDOUGLE, CHRIS LEMKE, ANGELA MILLER, ANATOLIY RASHRAGOVICH, and ALLISON THEYS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>　　　　　　Defendant. | Case No. 20-CV-869-JPS<br><br>**ORDER** |

　　　　On May 9, 2023, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 66. Defendant has not filed an answer or a motion for summary judgment. *Magritz v. Morgan*, No. 06-C-590-C, 2006 WL 5866674, at *1 (W.D. Wis. Dec. 19, 2006) (citing *Marques v. Fed. Reserve Bank of Chi.*, 286 F.3d 1014 (7th Cir. 2002) ("[A] motion to dismiss filed by the defendant does not preclude voluntary dismissal under Rule 41(a)(1)(i).")). Accordingly, the Court will adopt the notice and dismiss this action with prejudice.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal, ECF No. 66, be and the same is hereby **ADOPTED**; and

　　　　**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge